

**ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 20-01.
JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT**

**BY:** /s/ Kathleen Deger
**Deputy Clerk**

**Dated:** 04:39 PM April 1 2020

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 19-52004 |
| Clarence D. Mitchell, Jr. | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| Debtor | ) | |
| | ) | STIPULATION TO SUSPEND PLAN |
| | ) | PAYMENTS 60 DAYS PURSUANT TO |
| | ) | ADMINISTRATIVE ORDER 20-01 |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and the debtor(s) in this case, by and through undersigned counsel, pursuant to Administrative Order No. 20-01, and jointly stipulate to the following regarding the debtor(s)'s monthly plan payments pursuant to 11 USC Section 1326:

**Non-Conduit Mortgage Chapter 13 Plan**

___X___   Suspend all plan payments for 60 days, to begin on the date that the Court approves this stipulation to suspend plan payments. The debtor(s)'s plan does not provide for conduit mortgage payments as defined in Administrative Order 16-01.

**Conduit Mortgage Chapter 13 Plan**

_____   Reduce plan payments to (amount of reduced payment) for 60 days to begin on the date the Court approves this stipulation to suspend plan payments. The debtor(s)'s plan provides for conduit mortgage payments as defined in Administrative Order 16-01.

This plan payment suspension will not reduce the amount the debtor(s) is/are obligated to pay under the confirmed Chapter 13 plan. Interest will continue to accrue on secured claims which have requested interest.

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

The Chapter 13 Trustee is hereby authorized to return funds received in excess of the monthly plan payment authorized by this stipulation directly to the debtor(s). It shall not be necessary for the debtor(s) to make separate application for these funds. The Trustee shall only return funds received after the date that this stipulation is approved by the Court.

The debtor(s) understand the periods of payment suspension do not waive the requirement to make the required monthly payments for the applicable commitment period. The pay suspension period shall be added to the time the debtor(s) is/are in the Chapter 13 case.

###

Submitted by:

/s/ Ryan R. McNeil
Ryan R. McNeil, Attorney for Debtor
Ohio Reg. No. 0085607
One Cascade Plaza, Suite 740
Akron, OH 44308
Phone: 330-474-3666
Fax: 330-470-6386
Email: ryanmcneil@mcneilfirm.com

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

cc:
Clarence D. Mitchell, Jr.
1049 Stroman Ave
Akron, OH 44306
(via Regular U.S. Mail)

Ryan R. McNeil, Debtor's Attorney (via ECF)
Keith L. Rucinski, Chapter 13 Trustee (via ECF)
Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072