```
                          United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                       Case No. 19-52004-amk
Clarence D. Mitchell, Jr.                                    Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0647-5        User: kdege              Page 1 of 1      Date Rcvd: Apr 01, 2020
                            Form ID: pdf701          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Clarence D. Mitchell, Jr.,   1049 Stroman Avenue,   Akron, OH 44306-2436
cr              Educational Credit Management Corporation,   PO Box 16408,   Saint Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 23:44:07
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WELLS FARGO BANK, NA
                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Keith Rucinski    efilings@ch13akron.com
              Ryan R. McNeil   on behalf of Debtor Clarence D. Mitchell, Jr. ryanmcneil@mcneilfirm.com
              Stephen R. Franks   on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
                                                                                           TOTAL: 3


**THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE:<br><br>Clarence D. Mitchell, Jr.<br><br>Debtor | ) CHAPTER 13<br>) CASE NO:   19-52004<br>) ALAN M. KOSCHIK<br>) BANKRUPTCY JUDGE<br>)<br>) STIPULATION TO SUSPEND PLAN<br>) PAYMENTS 60 DAYS PURSUANT TO<br>) ADMINISTRATIVE ORDER 20-01 |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and the debtor(s) in this case, by and through undersigned counsel, pursuant to Administrative Order No. 20-01, and jointly stipulate to the following regarding the debtor(s)'s monthly plan payments pursuant to 11 USC Section 1326:

**Non-Conduit Mortgage Chapter 13 Plan**

___X___   Suspend all plan payments for 60 days, to begin on the date that the Court approves this stipulation to suspend plan payments. The debtor(s)'s plan does not provide for conduit mortgage payments as defined in Administrative Order 16-01.

**Conduit Mortgage Chapter 13 Plan**

_____   Reduce plan payments to (amount of reduced payment) for 60 days to begin on the date the Court approves this stipulation to suspend plan payments. The debtor(s)'s plan provides for conduit mortgage payments as defined in Administrative Order 16-01.

This plan payment suspension will not reduce the amount the debtor(s) is/are obligated to pay under the confirmed Chapter 13 plan.  Interest will continue to accrue on secured claims which have requested interest.

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

The Chapter 13 Trustee is hereby authorized to return funds received in excess of the monthly plan payment authorized by this stipulation directly to the debtor(s). It shall not be necessary for the debtor(s) to make separate application for these funds. The Trustee shall only return funds received after the date that this stipulation is approved by the Court.

The debtor(s) understand the periods of payment suspension do not waive the requirement to make the required monthly payments for the applicable commitment period. The pay suspension period shall be added to the time the debtor(s) is/are in the Chapter 13 case.

###

Submitted by:

/s/ Ryan R. McNeil
Ryan R. McNeil, Attorney for Debtor
Ohio Reg. No. 0085607
One Cascade Plaza, Suite 740
Akron, OH 44308
Phone: 330-474-3666
Fax: 330-470-6386
Email: ryanmcneil@mcneilfirm.com

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

cc:
Clarence D. Mitchell, Jr.
1049 Stroman Ave
Akron, OH 44306
(via Regular U.S. Mail)

Ryan R. McNeil, Debtor's Attorney (via ECF)
Keith L. Rucinski, Chapter 13 Trustee (via ECF)
Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072