**Fill in this information to identify the case:**

Debtor 1     Clarence D. Mitchell, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Ohio

Case number   1952004

Official Form 410S1

# Notice of Mortgage Payment Change     **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 4

**Date of payment change:**
Must be at least 21 days after date
of this notice     11/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $ 350.14

**Last 4 digits** of any number you use to identify the debtor's account:    6   3   2   2

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   Current mortgage payment: $ 360.67     New mortgage payment: $ 350.14

19-52004-amk    Doc    FILED 10/20/20    ENTERED 10/20/20 11:45:59    Page 1 of 3

Debtor 1    Clarence D. Mitchell, Jr.
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____ 1952004

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/Angela M. Mills-Fowler
_____
     Signature

Date   10/20/2020

Print: FOWLER,ANGELA M. MILLS
_____
First Name     Middle Name     Last Name

VP Loan Documentation
_____
Title

Company   Wells Fargo Bank, N.A.

Address   MAC N9286-01Y
_____
Number        Street

1000 Blue Gentian Road
_____
Address 2

Eagan        MN     55121-7700
_____
City        State     ZIP Code

Contact phone   800-274-7025
_____

NoticeOfPaymentChangeInquiries@wellsfargo.com
_____
Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

Chapter 13 No. 1952004
Judge: ALAN M. KOSCHIK

In re:

Clarence D. Mitchell, Jr.

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before October 21, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Clarence D. Mitchell, Jr.
1049 Stroman Avenue

Akron OH 44306


By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A


Debtor's Attorney:               By Court's CM/ECF system registered email address

Ryan R. McNeil
McNeil Law Firm, LLC
One Cascade Plaza
Suite 740
Akron OH 44308-1228


By Court's CM/ECF system registered email address

N/A


Trustee:                         By Court's CM/ECF system registered email address

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza Suite 2020

Akron OH 44308

/s/Angela M. Mills-Fowler

VP Loan Documentation

Wells Fargo Bank, N.A.